UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LAMONT DAVIS,

        Plaintiff,                  No. 05-CV-71102-DT

vs.                                           Hon. Gerald E. Rosen

AUDBERT ANTONINI, LAURA KINDER,
and FNU ROSS,

        Defendants.
_____/

## JUDGMENT

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan
on     November 22, 2005

PRESENT: Honorable Gerald E. Rosen
                  United States District Judge

The Court having this date entered an Order adopting the Magistrate Judge's October 31, 2005 Report and Recommendation and dismissing Plaintiff's Complaint in its entirety for failure to exhaust administrative remedies, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is DISMISSED, without prejudice.

                                    s/Gerald E. Rosen
                                    Gerald E. Rosen
                                    United States District Judge

Dated:  November 22, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 22, 2005, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager