UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LAMON DAVIS,

        Plaintiff,                                                         No. 05-CV-71102-DT

vs.                                                               Hon. Gerald E. Rosen

AUDBERT ANTONINI, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
GRANTING DEFENDANT'S MOTION TO TAX COSTS,
AND ORDER TAXING COSTS

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on    September 21, 2006

                PRESENT:  Honorable Gerald E. Rosen
                                United States District Judge

     This matter having come before the Court on the March 31, 2006 Report and Recommendation of United States Magistrate Judge Steven D. Pepe recommending that the Court grant Defendants' Motion to Tax Costs; and no timely objections having been filed to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' Motion to Tax Costs should be granted as recommended by the Magistrate Judge; and the Court being otherwise fully advised in the premises,

     NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 31, 2006 be, and hereby is, adopted by this Court.

     IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Tax Costs be, and hereby is,

GRANTED as follows:

IT IS ORDERED that Plaintiff shall pay to Defendants' attorney, Mike Cox, Attorney General of the State of Michigan, taxable costs in the amount of $29.00.

IT IS FURTHER ORDERED that a lien shall be issued against Plaintiff's prisoner account for the amount of $29.00, and this amount may be withdrawn from Plaintiff's prisoner account, now maintained by the Michigan Department of Corrections, on any account balance over $50.00, and paid to Michigan Attorney General Mike Cox.

IT IS FURTHER ORDERED that if the amount to be withdrawn from Plaintiff's prisoner account would cause the balance in the account to fall below $50.00, then no more than twenty percent (20%) of the account balance shall be permitted to be withdrawn in any one month to satisfy this award of costs, until the full $29.000 amount is satisfied.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: September 21, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager